1  K. ALEXANDRA McCLURE
   California SBN 189679
2  Law Office of Alexandra McClure
   214 Duboce Avenue
3  San Francisco, California 94103
   Telephone: (415) 814-3397
4  Facsimile: (415) 255-8631
   alex@alexmcclurelaw.com
5

6  Attorneys for Defendant
   ANGELINA CHUONG
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-14-527 RS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| vs. | |
| | Court:    Hon. Richard Seeborg |
| ANGELINA CHUONG, | |
| Defendant. | |

IT IS HEREBY STIPULATED between K. Alexandra McClure, counsel for defendant Angelina Chuong, and Assistant U.S. Attorney Deborah Douglas, counsel for the United States, with the concurrence of U.S. Probation Officer Jill Polish-Spitalieri, that the sentencing hearing currently scheduled for February 28, 2017 is continued one week to March 7, 2017.  The reason for the requested continuance is that counsel for defendant Angelina Chuong will be out of town from February 17 until February 25, 2017.   In addition, undersigned counsel for Ms. Chuong has an oral argument before the Ninth

Circuit Court of Appeals in an unrelated matter on February 16, 2017. Counsel thus requires additional time to prepare her Sentencing Memorandum.

Dated: February 14, 2017.

Respectfully submitted,

/s/
K. ALEXANDRA McCLURE
Attorney for Angelina Chuong

Dated: February 14, 2017.

/s/
DEBORAH DOUGLAS
Assistant U.S. Attorney

The sentencing hearing currently scheduled for February 28, 2017 is hereby continued by one week to March 7, 2017.

IT IS SO ORDERED.

Dated: 2/14/17

RICHARD SEEBORG
U.S. District Judge