K. ALEXANDRA McCLURE
California SBN 189679
Law Office of Alexandra McClure
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 814-3397
Facsimile: (415) 255-8631
alex@alexmcclurelaw.com

Attorneys for Defendant
ANGELINA CHUONG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELINA CHUONG,<br><br>Defendant. | Case No. CR-14-527 RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING HEARING TO APRIL 4, 2017<br><br>Court:   Hon. Richard Seeborg |

IT IS HEREBY STIPULATED between K. Alexandra McClure, counsel for defendant Angelina Chuong, and Assistant U.S. Attorney Deborah Douglas, counsel for the United States, with the concurrence of U.S. Probation Officer Jill Polish-Spitalieri, that the sentencing hearing currently scheduled for March 7, 2017 is continued to April 4, 2017.  The reason for the request is that counsel for defendant Angelina Chuong requires additional time to collect materials for use with the filing of her Sentencing Memorandum. Counsel was unable to complete her memorandum due to her work preparing for a recent

Ninth Circuit oral argument on February 16, 2017 and subsequent trip out of town from February 17-25, 2017. Counsel has not been able to meet with Ms. Chuong until this week, and there are additional supporting materials to gather for use in connection with the filing of her Sentencing Memorandum.

Dated: February 28, 2017.                                    Respectfully submitted,

/s/
K. ALEXANDRA McCLURE
Attorney for Angelina Chuong

Dated: February 28, 2017.
/s/
DEBORAH DOUGLAS
Assistant U.S. Attorney

## ORDER

The sentencing hearing currently scheduled for March 7, 2017 is hereby continued to April 4, 2017.

IT IS SO ORDERED.

Dated: 3/1/17

RICHARD SEEBORG
U.S. District Judge