BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-527-9 RS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING HEARING TO MAY 16, 2017 |
| v. | |
| ANGELINA CHUONG, | |
| Defendant. | |

    The United States of America, by and through its attorney of record, and defendant Angelina Chuong ("defendant"), by and through her attorney of record, hereby stipulate as follows:

    The parties respectfully request that defendant's sentencing proceeding, currently scheduled for April 4, 2017 at 2:30 p.m., be continued to May 16, 2017 at 2:30 p.m.  The parties will be prepared to file their sentencing memoranda on May 9, 2017.  The parties require additional time to prepare for the sentencing proceeding, discuss resolution, and collect supporting materials for use with the preparation of their sentencing memoranda.  The defense lawyer will be out of town and unavailable from April 7, 2017 to April 17, 2017 to attend to these matters.  In this multi-defendant case, government's counsel currently has six other sentencing proceedings scheduled from April 18, 2017 to May 23, 2017, which require review of each draft presentence report, submission of objections, and preparation  of  sentencing

memoranda.  In addition, both parties have simultaneous pressing matters in other cases.  U.S. Probation Officer Jill Polish-Spitalieri has been consulted and is available on the requested continuance date of May 16, 2017.

DATED: March 29, 2017

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

_____/s/_____
DEBORAH R. DOUGLAS
Assistant United States Attorney

_____/s/_____
ALEXANDRA McCLURE.
Attorney for Defendant

ORDER

The sentencing hearing currently scheduled for April 4, 2017 at 2:30 p.m. is hereby continued to May 16, 2017 at 2:30 p.m.

**IT IS SO ORDERED.**

DATED: March 29, 2017

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE